**Order entered June 6, 2013**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01410-CR

**ANTOINE LADALE TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F11-61645-J**

## ORDER

The Court **DENIES** as moot appellant's June 4, 2013 motion to extend time to file his brief. Pursuant to this Court's order of May 9, 2013, appellant's brief was not due until June 6, 2013. Thus, the brief received on June 4, 2013 was timely filed.


/s/     DAVID EVANS
         JUSTICE